GO11-10(b)) / RM /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Nicole C Green

CASE NO: 4:10-bk-11726 M
Chapter 13

# CHAPTER 13 ORDER DISMISSING CASE FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 07/12/2010 requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 07/12/2010.

IT IS SO ORDERED.

Date: 01/19/2011

/s/ James G. Mixon

James G. Mixon
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Kent Pray
P O Box 94224
No Little Rock, AR 72190

Nicole C Green
15109 James Cut-Off
North Little Rock, AR 72117

All Creditors